1  LAW OFFICES OF MARC LIBARLE
   Marc Libarle (CABN: 071678)
2  1388 Sutter St, Ste 910
   San Francisco, CA 94109
3  Phone: (415) 928-2400
4  Email: ml7006@gmail.com

5  HALLER LAW PLLC
   Timothy J. Haller *(Pro Hac Vice Pending)*
6  230 E Delaware Pl, Ste 5E
   Chicago, IL 60611
7  Phone: (630) 336-4283
8  Email: haller@haller-iplaw.com

9  *Attorneys for Plaintiff, BelAir Electronics, Inc.*

10
                    **UNITED STATES DISTRICT COURT**
11                   **CENTRAL DISTRICT OF CALIFORNIA**
                          **SOUTHERN DIVISION**
12

13  **BELAIR ELECTRONICS, INC.,**                    **Case No. 8:23-cv-00108**

14          **Plaintiff,**                           **COMPLAINT FOR PATENT**
                                                     **INFRINGEMENT**
15      **v.**

16  **VRS DESIGN, INC AND DAMDA INC.,**

17          **Defendants.**

18

19        Plaintiff BelAir Electronics, Inc. ("BelAir" or "Plaintiff") complains of Defendants VRS Design,

20  Inc and Damda Inc. (collectively, "VRS" or "Defendants") as follows, all upon Plaintiff's best

21  information and belief:

22                          **NATURE OF LAWSUIT**

23        1.      This is a claim for patent infringement arising under the patent laws of the United States,

24  Title 35 of the United States Code.

25                            **THE PARTIES**

26        2.      Plaintiff BelAir Electronics, Inc. is an Illinois corporation with its principal place of

27  business at 5723 Antler Lane, Westmont, Illinois 60559.

28
   COMPLAINT FOR PATENT INFRINGEMENT

3.      BelAir is the named assignee of, owns all right, title and interest in, and has standing to sue for infringement of United States Patent No. 7,194,291, entitled "Protective Mask of Mobile Phone," which issued on March 20, 2007 (the "'291 Patent") (a true and correct copy is attached as Exhibit A); United States Patent No. 7,941,195, entitled "Protective Mask of Mobile Phone," which issued on May 10, 2011 (the "'195 Patent") (a true and correct copy is attached as Exhibit B); and United States Patent No. 10,097,676, entitled "Protective Mask of Mobile Phone," which issued on October 9, 2018 (the "'676 Patent") (a true and correct copy is attached as Exhibit C) (collectively, the "Asserted Patents").

4.      BelAir has the exclusive right to license and enforce the Asserted Patents and to collect all damages for infringement. BelAir also has standing to sue for infringement of the Asserted Patents.

5.      Upon information and belief, Defendant VRS Design, Inc is a domestic California corporation with a principal place of business at 4020 North Palm Street, Suite 206, Fullerton, California 92835 and shipping from 4020 North Palm Street, Suite 207, Fullerton, California 92835.



6.      Upon information and belief, Defendant Damda Inc. is a domestic California corporation with a principal place of business at 4020 North Palm Street, Suite 207, Fullerton, California 92835.

7.      In furtherance of Plaintiff's review and analysis prior to filing this action, Plaintiff studied Defendants' publicly-available product literature and, among other things, purchased an "iPhone 12 Pro Max Case Damda QuickStand – Black Black" and a "Galaxy Z Fold 4 5G Case Terra Guard Modern – Mint" from Defendants' website and Amazon storefront for assessment as representatives of the products identified in Exhibit D and Exhibit E.

8.      Defendants primarily advertise and sell Accused Products at https://vrsdesign.com, related urls in the vrsdesign.com domain,

COMPLAINT FOR PATENT INFRINGEMENT

1   https://www.amazon.com/s?me=A39OFLCM1FUKXS&marketplaceID=ATVPDKIKX0DER, related

2   "VRS Design®" product pages accessed through Amazon's website, numerous other online

3   marketplaces, and any brick and mortar stores in the US.

4       9.      Defendants offer for sale and sell the Accused Products (as further identified below) for

5   mobile devices throughout the United States and this Judicial District.

6                                **JURISDICTION AND VENUE**

7       10.     BelAir's claims for patent infringement against Defendants arise under the patent laws of

8   the United States including 35 U.S.C. §§ 271 and 281. Consequently, this Court has original and

9   exclusive subject matter jurisdiction over this Complaint pursuant to 28 U.S.C. §§ 1331 and 1338(a).

10      11.     Defendants own, operate, and conduct business in the state of California and directs

11  advertisements at residents of California – which are covered by claims of the Asserted Patents – and

12  throughout the United States including California and this judicial district.

13      12.     VRS Design, Inc and Damda Inc. are registered California corporations, currently doing

14  business in this judicial district, have purposefully availed themselves of the privilege of conducting

15  business with residents of this judicial district, have purposefully reached out to residents of this judicial

16  district, and have established sufficient minimum contacts with the State of California such that they

17  should reasonably and fairly anticipate being haled into court in California.

18      13.     Venue in this judicial district is proper under 28 U.S.C. § 1400(b) because VRS Design,

19  Inc and Damda Inc. reside in this Judicial District.

20                                **THE ACCUSED PRODUCTS**

21      14.     Defendants have infringed certain claims of the Asserted Patents through the

22  manufacture, sale, offer for sale, advertisement, importation, shipment, distribution, and/or use of

23  Defendants' protective masks for mobile devices (herein referred to as the "Accused Products").

24      15.     As presently advised, the Accused Products include the following categories of protective

25  masks for mobile devices ("Case Styles"): Crystal Bumper; Crystal Chrome Clear; Crystal Fit (Crystal

26  Fit Label); Crystal Mixx Pro; Damda (Damda Crystal Fit, Damda Crystal Mixx, Damda Folder, Damda

27  Glide, Damda Glide Hybrid, Damda Glide Pro, Damda Glide Shield, Damda Glide Shield Gradient,

28

COMPLAINT FOR PATENT INFRINGEMENT

Damda Glide Shield New, Damda Glide Shield Winter Edition, Damda High Pro Shield, Damda Shield, Damda Shield Gradient, Damda Single Fit, Damda Slate) (including Sand Stone, Groove and NASA Series); Genuine Leather (Genuine Leather Diary); Hard Drop (Hard Drop Active); Layered Dandy (Layered Dandy Deluxe); QuickStand (Damda QuickStand, Damda QuickStand Pro, MagStand Pro, Quick Stand Active, Quick Stand Active S, QuickStand Modern, Quick Stand Modern Pro, Quick Stand Pro, Quick Strand Modern, QuickStand Active, Quickstand Active Multi Clip, QuickStand Pro, QuickStand Pro Clear, QuickStand Pro for MagSafe) (including Sand Stone Series); Saffiano Diary; and Terra Guard (Terra Guard Active, Terra Guard Active Multi Clip, Terra Guard Active Pro, Terra Guard Crystal, Terra Guard Modern, Terra Guard Multi Clip, Terra Guard S, Terra Guard Ultimate, Terra Guard Ultimate Go, Terra Guard Ultimate Go S). (*See* Exhibit D and Exhibit E, https://vrsdesign.com/, https://vrsdesign.com/collections/iphone, https://vrsdesign.com/collections/google-pixel-7-series, https://vrsdesign.com/collections/pixel-6-pro, and https://vrsdesign.com/collections/samsung and related urls in the vrsdesign.com domain and https://www.amazon.com/s?me=A39OFLCM1FUKXS&marketplaceID=ATVPDKIKX0DER and related "VRS Design®" product pages accessed through Amazon's website).

16.     As presently advised, the Accused Products include Defendants' cases for at least the following mobile devices: Apple iPhone 14 Pro Max; Apple iPhone 14 Pro; Apple iPhone 14 Plus; Apple iPhone 14; Apple iPhone 13 Pro Max; Apple iPhone 13 Pro; Apple iPhone 13; Apple iPhone 13 Mini; Apple iPhone 12 Pro Max; Apple iPhone 12 Pro; Apple iPhone 12; Apple iPhone 12 Mini; Apple iPhone 11 Pro Max; Apple iPhone 11 Pro; Apple iPhone 11; Apple iPhone XS Max; Apple iPhone XS; Apple iPhone X; Apple iPhone XR; Apple iPhone 8 Plus; Apple iPhone 7 Plus; Apple iPhone 8; Apple iPhone 7; Apple iPhone SE 3 (2022); Apple iPhone SE 2 (2020); Apple iPad 9.7; Google Pixel 7 Pro; Google Pixel 7; Google Pixel 6 Pro; Google Pixel 6; Samsung Galaxy Z Fold 4; Samsung Galaxy Z Fold 4 5G; Samsung Galaxy Z Fold 3; Samsung Galaxy Z Fold 3 5G; Samsung Galaxy Z Fold 2; Samsung Galaxy Z Flip 4; Samsung Galaxy Z Flip 3; Samsung Galaxy Z Flip; Samsung Galaxy S22 Ultra; Samsung Galaxy S22 Plus; Samsung Galaxy S22; Samsung Galaxy S21 FE; Samsung Galaxy S21 Ultra; Samsung Galaxy S21 Plus; Samsung Galaxy S21; Samsung Galaxy S20 Ultra; Samsung Galaxy S20

COMPLAINT FOR PATENT INFRINGEMENT

Plus; Samsung Galaxy S20; Samsung Galaxy S9 Plus; Samsung Galaxy S9; Samsung Galaxy S8 Plus; Samsung Galaxy S8; Samsung Galaxy S7 Edge; Samsung Galaxy Note 20 Ultra; Samsung Galaxy Note 20; Samsung Galaxy Note 10 Plus; Samsung Galaxy Note 10; Samsung Galaxy Note 9; Samsung Galaxy Note 8; Samsung Galaxy Note 5; Samsung Galaxy A72; and Samsung Galaxy A52. (*See* Exhibit D and Exhibit E, https://vrsdesign.com/, https://vrsdesign.com/collections/iphone, https://vrsdesign.com/collections/google-pixel-7-series, https://vrsdesign.com/collections/pixel-6-pro, and https://vrsdesign.com/collections/samsung and related urls in the vrsdesign.com domain and https://www.amazon.com/s?me=A39OFLCM1FUKXS&marketplaceID=ATVPDKIKX0DER and related "VRS Design®" product pages accessed through Amazon's website).

17.     Defendants' Accused Products also include a smaller subset of protective masks for mobile devices consisting of two portion cases (herein referred to as the "Two Portion Accused Products"). See Exhibit E for a detailed list, exemplary photos, and product page links to the Two Portion Accused Products. For avoidance of doubt, the Two Portion Accused Products in Exhibit E are a smaller subset of the Accused Products in Exhibit D and are included in and a part of the Accused Products. All Defendants' Accused Products are alleged to infringe at least independent Claim 9 of the '195 Patent and independent Claims 1, 5, 8, and 9 of the '676 Patent. In addition to these claims, Defendants' Two Portion Accused Products are alleged to additionally infringe at least independent Claims 1, 6, and 9 of the '291 Patent and independent Claims 1 and 6 of the '195 Patent.

18.     The Accused Products, as illustrated below, are those protective masks that are capable of being coupled to a portion of a mobile device so that the mobile device will not fall out of the protective mask. The Accused Products are those protective masks that comprise a flange(s) or retainer(s) (as recited in the asserted claims, *infra*). The Accused Products also may use flange(s) or retainer(s) in conjunction with substantial surface to surface contact by the inner surface of the protective mask which conforms to the contour of the outer surface of the mobile device, working together to provide non-permanent, temporary protection to the mobile device. While not required by all asserted claims, the Accused Products are protective masks that include openings to allow access to the interface as well as inputs and outputs, as well as protective masks that have patterns, nameplates, type, text, or graphic

COMPLAINT FOR PATENT INFRINGEMENT

elements. See Exhibit D and Exhibit E for exemplary photos for all categories of Defendants' case styles. Below are pictures of representative Accused Products.









iPhone 12 Pro Max Case Damda QuickStand Case: https://vrsdesign.com/products/iphone-12-pro-max-case-damda-quickstand and https://www.amazon.com/VRS-Design-QuickStand-Compatible-iPhone/dp/B08KSLC51J/ (*See* Exhibit D and pictures of representative products).

COMPLAINT FOR PATENT INFRINGEMENT

1
2
3
4
5
6
7
8
9



10
11
12
13
14
15
16
17
18



19
20   Galaxy Z Flip 3 Case QuickStand Active Multi Clip Case: https://vrsdesign.com/collections/galaxy-z-
21   flip-3/products/galaxy-z-flip-3-case-quickstand-active-multi-clip and https://www.amazon.com/VRS-
22   Design-QuickStand-Kickstand-Compatible/dp/B06XB82P7F (*See* Exhibit D and Exhibit E).
23
24
25
26
27
28

COMPLAINT FOR PATENT INFRINGEMENT

1
2
3
4
5
6
7
8
9



10    iPhone 12 Pro Max Case Damda Glide Pro NASA Case: https://vrsdesign.com/collections/nasa-

11    collection/products/iphone-12-pro-max-case-damda-glide-pro-nasa (*See* Exhibit D).

12
13
14
15
16



17
18
19
20
21
22
23
24
25
26
27
28

COMPLAINT FOR PATENT INFRINGEMENT



Galaxy Z Fold 4 5G Case Terra Guard Modern Case: https://vrsdesign.com/products/galaxy-z-fold-4-5g-case-terra-guard-modern and https://www.amazon.com/dp/B0B6LDVVTX?smid=A39OFLCM1FUKXS (*See* Exhibit D and Exhibit E).

19.    The Accused Products subject to this Complaint include all substantively similar products and any predecessor and/or successor versions that satisfy each limitation of, and therefore infringe, any asserted claim of the Asserted Patents whether sold directly or via other online marketplaces or brick and mortar retail stores.

20.    After adequate discovery, BelAir may seek leave to amend this Complaint to include additional details of infringement, if any, by other products hereafter discovered to infringe the Asserted Patents.

**COUNT I: INFRINGEMENT OF UNITED STATES PATENT NO. 7,194,291**

21.    Plaintiff BelAir realleges and incorporates by reference paragraphs 1 through 20, inclusive, as though fully set forth herein.

COMPLAINT FOR PATENT INFRINGEMENT

22.     Defendants directly infringe at least independent Claims 1, 6, and 9 of the '291 Patent.

## CLAIM 1

23.     Two Portion Accused Products, as manufactured, sold, offered for sale, advertised, imported, shipped, distributed, and/or used by Defendants, comprise a protective mask adapted to be coupled to an exterior housing of a mobile phone having internal components including circuitry and a battery, which are covered by the exterior housing, in accordance with the limitations of Claim 1 of the '291 Patent.

24.     Specifically, the Two Portion Accused Products, comprise:

a.      first mask portion, molded to conform to the shape of a first portion of the exterior housing of the mobile phone, the first mask portion having flanges to couple the first mask portion to the exterior housing of the mobile phone to retain the first mask portion to the first portion of the exterior housing so that the first mask portion covers the first portion of the exterior housing of the mobile phone; and

b.      a second mask portion, molded to conform to the shape of a second portion of the exterior housing of the mobile phone, the second mask portion adapted to be coupled to the mobile phone to retain the second mask portion to the second portion of the exterior housing so that the second mask portion covers the second portion of the exterior housing of the mobile phone;

c.      wherein said first and second mask portions are retained to the exterior housing of the mobile phone.

25.     As presently advised, one or more Two Portion Accused Products also likely satisfy the limitations of, and infringe, dependent Claims 2, 3, 4, and 5 of the '291 Patent.

## CLAIM 6

26.     Two Portion Accused Products, as manufactured, sold, offered for sale, advertised, imported, shipped, distributed, and/or used by Defendants, comprise a protective mask adapted to be coupled to an exterior housing of a mobile phone, the mobile phone having internal components including circuitry and a battery, which are covered by the exterior housing, in accordance with the

COMPLAINT FOR PATENT INFRINGEMENT

limitations of Claim 6 of the '291 Patent.

27. Specifically, the Two Portion Accused Products comprise:

a. a[] first mask portion, molded to conform to the shape of a first portion of the exterior housing of the mobile phone, the first mask portion having flanges to couple the first mask portion to the exterior housing of the mobile phone to retain the first mask portion to the first portion of the exterior housing so that the first mask portion covers the first portion of the exterior housing of the mobile phone;

b. said first mask portion including an opening that is associated with an opening in the exterior housing to permit access to a feature of the mobile phone; and

c. a second mask portion, molded to conform to the shape of a second portion of the exterior housing of the mobile phone, the second mask portion adapted to be coupled to the mobile phone to retain the second mask portion to the second portion of the exterior housing so that the second mask portion covers the second portion of the exterior housing of the mobile phone;

d. wherein said first and second mask portions are retained to the exterior housing of the mobile phone.

28. As presently advised, one or more Two Portion Accused Products also likely satisfy the limitations of, and infringe, dependent Claims 7 and 8 of the '291 Patent.

**CLAIM 9**

29. Two Portion Accused Products, as manufactured, sold, offered for sale, advertised, imported, shipped, distributed, and/or used by Defendants, comprise a protective mask adapted to be coupled to an exterior housing of a mobile phone, the mobile phone having internal components including circuitry and a battery, which are covered by the exterior housing, in accordance with the limitations of Claim 9 of the '291 Patent.

30. Specifically, the Two Portion Accused Products comprise:

a. a[] first mask portion, molded to conform to the shape of a first portion of the exterior housing of the mobile phone, the first mask portion having a flange to

couple the first mask portion to the exterior housing of the mobile phone to retain

the first mask portion to the first portion of the exterior housing so that the first

mask portion covers the first portion of the exterior housing of the mobile phone;

b.    the first mask portion including an opening that is associated with an opening in

the exterior housing to permit access to a feature of the mobile phone;

c.    a second mask portion, molded to conform to the shape of a second portion of the

exterior housing of the mobile phone, the second mask portion adapted to be

coupled to the housing of the mobile phone to retain the second mask portion to

the second portion of the exterior housing so that the second mask portion covers

the second portion of the exterior housing of the mobile phone; and

d.    the second mask portion includes an opening that is associated with an opening in

the exterior housing to permit access to a feature of the mobile phone.

31.    As presently advised, one or more Two Portion Accused Products also likely satisfy the limitations of, and infringe, dependent Claim 10 of the '291 Patent.

32.    To the extent required by law, BelAir has complied with the provisions of 35 U.S.C. § 287.

33.    Defendants had notice of the '291 Patent and the likelihood of infringement thereof at least as early as September 1, 2022, pursuant to email correspondence from BelAir to Defendants via their President and CEO, Young Suk (Tony) Chung. A follow up email was sent on September 21, 2022. Defendants did not respond to either the September 1 or September 21, 2022, communications, leaving BelAir no choice but to file this litigation in order to protect its intellectual property rights.

34.    Defendants' direct infringement as described above, either literally or under the doctrine of equivalents, has injured BelAir and BelAir is entitled to recover damages adequate to compensate it for such infringement, but in no event less than a reasonable royalty.

**COUNT II: INFRINGEMENT OF UNITED STATES PATENT NO. 7,941,195**

35.    Plaintiff BelAir realleges and incorporates by reference paragraphs 1 through 20, inclusive, as though fully set forth herein.

COMPLAINT FOR PATENT INFRINGEMENT

36.    Defendants directly infringe at least independent Claims 1, 6, and 9 of the '195 Patent.

**CLAIM 1**

37.    Two Portion Accused Products, as manufactured, sold, offered for sale, advertised, imported, shipped, distributed, and/or used by Defendants, comprise a protective mask adapted to be coupled to an exterior housing of a mobile phone having internal components including circuitry and a battery, which are covered by the exterior housing, in accordance with the limitations of Claim 1 of the '195 Patent.

38.    Specifically, the Two Portion Accused Products comprise:

a.    a first mask portion, molded to conform to the shape of a first portion of the exterior housing of the mobile phone, the first mask portion adapted to be coupled to the mobile phone to retain the first mask portion to the first portion of the exterior housing so that the first mask portion covers the first portion of the exterior housing of the mobile phone; and

b.    a second mask portion, molded to conform to the shape of a second portion of the exterior housing of the mobile phone, the second mask portion adapted to be coupled to the mobile phone to retain the second mask portion to the second portion of the exterior housing so that the second mask portion covers the second portion of the exterior housing of the mobile phone;

c.    wherein said first and second mask portions are retained to the exterior housing of the mobile phone.

39.    As presently advised, one or more Two Portion Accused Products also likely satisfy the limitations of, and infringe, dependent Claims 2, 3, 4, and 5 of the '195 Patent.

**CLAIM 6**

40.    Two Portion Accused Products, as manufactured, sold, offered for sale, advertised, imported, shipped, distributed, and/or used by Defendants, comprise a protective mask adapted to be coupled to an exterior housing of a mobile phone having internal components including circuitry and a

COMPLAINT FOR PATENT INFRINGEMENT

battery, which are covered by the exterior housing, in accordance with the limitations of Claim 6 of the '195 Patent.

    41.    Specifically, the Two Portion Accused Products comprise:

    a.    a first mask portion, molded to conform to the shape of a first portion of the exterior housing of the mobile phone, the first mask portion is adapted to be coupled to the mobile phone to retain the first mask portion to the first portion of the exterior housing so that the first mask portion covers the first portion of the exterior housing of the mobile phone;

    b.    said first mask portion including an opening that is associated with an opening in the exterior housing to permit access to a feature of the mobile phone; and

    c.    a second mask portion, molded to conform to the shape of a second portion of the exterior housing of the mobile phone, the second mask portion adapted to be coupled to the mobile phone to retain the second mask portion to the second portion of the exterior housing so that the second mask portion covers the second portion of the exterior housing of the mobile phone;

    d.    wherein said first and second mask portions are retained to the exterior housing of the mobile phone.

    42.    As presently advised, one or more Two Portion Accused Products also likely satisfy the limitations of, and infringe, dependent Claims 7 and 8 of the '195 Patent.

**CLAIM 9**

    43.    All Accused Products, as manufactured, sold, offered for sale, advertised, imported, shipped, distributed, and/or used by Defendants, comprise a protective mask adapted to be coupled to an exterior housing of a mobile phone having internal components including circuitry and a battery, which are covered by the exterior housing, in accordance with the limitations of Claim 9 of the '195 Patent.

    44.    Specifically, all Accused Products comprise:

    a.    a first mask portion, molded to conform to the shape of a first portion of the exterior housing of the mobile phone; and

COMPLAINT FOR PATENT INFRINGEMENT

b.      the first mask portion having flanges to allow the first mask portion to be coupled to the mobile phone to retain the first mask portion to the first portion of the exterior housing so that the first mask portion covers the first portion of the exterior housing of the mobile phone.

45.      As presently advised, one or more Two Portion Accused Products and also likely satisfy the limitations of, and infringe, dependent Claims 10, 11, and 12 of the '195 Patent.

46.      To the extent required by law, BelAir has complied with the provisions of 35 U.S.C. § 287.

47.      Defendants had notice of the '291 Patent and the likelihood of infringement thereof at least as early as September 1, 2022, pursuant to email correspondence from BelAir to Defendants via their President and CEO, Young Suk (Tony) Chung. A follow up email was sent on September 21, 2022. Defendants did not respond to either the September 1 or September 21, 2022, communications, leaving BelAir no choice but to file this litigation in order to protect its intellectual property rights.

48.      Defendants' direct infringement as described above, either literally or under the doctrine of equivalents, has injured BelAir and BelAir is entitled to recover damages adequate to compensate it for such infringement, but in no event less than a reasonable royalty.

**COUNT III: INFRINGEMENT OF UNITED STATES PATENT NO. 10,097,676**

49.      Plaintiff BelAir realleges and incorporates by reference paragraphs 1 through 20, inclusive, as though fully set forth herein.

50.      Defendants directly infringe at least independent Claims 1, 5, 8, and 9 of the '676 Patent.

**CLAIM 1**

51.      All Accused Products, as manufactured, sold, offered for sale, advertised, imported, shipped, distributed, and/or used by Defendants, comprise a protective mask molded for frictional retention to an exterior housing of a mobile phone having user input and output interfaces, and internal components including circuitry and a battery, wherein the exterior housing completely encloses the circuitry and the battery when the mobile phone is fully assembled and ready for use, the exterior

housing having an exterior shape formed by a back surface, and at least portions of opposed side surfaces, in accordance with the limitations of Claim 1 of the '676 Patent.

52.    Specifically, all Accused Products comprise:

a.    an integrally-formed mask body molded and contoured to conform and frictionally-fit tightly against the exterior shape of the exterior housing;

b.    an inner surface of the integrally-formed mask body defining an interior space of the integrally-formed mask body and conforming to and in substantially continuous surface-to-surface contact with the exterior shape of the exterior housing, with no substantial space between the inner surface of the integrally-formed mask body and the exterior shape of the exterior housing;

c.    at least one opening defined by the integrally-formed mask body permitting user access to at least the user input and output interfaces; and

d.    at least one retainer having an extension protruding laterally inward from the integrally-formed mask body and toward and into the integrally-formed mask body interior space, wherein the at least one retainer is retained to the exterior housing at an exterior housing edge when the mask is coupled to the mobile communication device, the at least one retainer participating in retaining the integrally-formed mask body to the mobile communication device.

53.    As presently advised, one or more Accused Products also likely satisfy the limitations of, and infringe, dependent Claims 2, 3, and 4 of the '676 Patent.

**CLAIM 5**

54.    All Accused Products, as manufactured, sold, offered for sale, advertised, imported, shipped, distributed, and/or used by Defendants, comprise a protective mask molded for frictional retention to an exterior housing of, and adapted to be coupled to, a mobile communication device having internal components including circuitry and a battery, wherein the exterior housing completely encloses the circuitry and battery when the mobile communication device is fully assembled and ready for use,

COMPLAINT FOR PATENT INFRINGEMENT

and wherein the exterior housing has an exterior shape including a back face and at least portions of opposed side surfaces, in accordance with the limitations of Claim 5 of the '676 Patent.

55. Specifically, all Accused Products comprise:

e. an integrally-formed mask body molded and contoured to conform and frictionally fit to the exterior shape of the exterior housing;

f. an inner surface of the integrally-formed mask body defining an interior space of the integrally-formed mask body and conforming to and in substantially continuous surface-to-surface contact with the exterior shape of the exterior housing in overlying and protecting relationship, without a substantial gap between the inner surface of the integrally- formed mask body and the exterior shape of the exterior housing, the integrally-formed mask body defining an opening enabling the mask to be placed over the exterior shape in overlying and protecting relationship; and;

g. at least one retainer having an extension protruding laterally inward from the integrally-formed mask body and toward and into the integrally-formed mask body interior space, wherein the at least one retainer is retained to the exterior housing at an exterior housing edge when the mask is coupled to the mobile communication device, the at least one retainer participating in retaining the integrally-formed mask body to the mobile communication device.

56. As presently advised, one or more Accused Products also likely satisfy the limitations of, and infringe, dependent Claims 6 and 7 of the '676 Patent.

**CLAIM 8**

57. All Accused Products, as manufactured, sold, offered for sale, advertised, imported, shipped, distributed, and/or used by Defendants, comprise a mask for attachment to a hand-held mobile phone, the mobile phone having user input and output interfaces, internal components including circuitry and a battery, and an exterior housing completely enclosing the circuitry and battery when the mobile phone is fully assembled and ready for use, the exterior housing including a first face, a second

COMPLAINT FOR PATENT INFRINGEMENT

1   face and opposed side surfaces there between, in accordance with the limitations of Claim 8 of the '676

2   Patent.

3          58.     Specifically, all Accused Products comprise:

4                  h.      an integrally-formed mask body molded to conform to a shape of the exterior

5                          housing;

6                  i.      inner and outer surfaces, the surfaces defining at least one opening in the

7                          integrally-formed mask body providing access to at least one of the user input and

8                          output interfaces, the integrally-formed mask body being configured such that,

9                          when the mask is attached to the mobile phone, the integrally-formed mask body

10                         is coextensive with, contours to and overlies the opposed side surfaces, with

11                         substantially no space between the mask body and the opposed side surfaces; and

12                 j.      at least one retainer having an extension protruding laterally inward from the

13                         integrally-formed mask body and toward and into the integrally-formed mask

14                         body interior space, wherein the at least one retainer is retained to the exterior

15                         housing at an exterior housing edge when the mask is coupled to the mobile

16                         communication device, the at least one retainer participating in retaining the

17                         integrally-formed mask body to the mobile communication device.

18                                                  **CLAIM 9**

19          59.     All Accused Products, as manufactured, sold, offered for sale, advertised, imported,

20  shipped, distributed, and/or used by Defendants, comprise a protective mask molded for frictional

21  retention to an exterior housing of a fully assembled mobile communication device having user input

22  and output interfaces, the mobile communication device further having internal components including

23  circuitry and a battery completely enclosed by the exterior housing, and the exterior housing having an

24  exterior shape formed by a back surface and at least portions of opposed side surfaces, in accordance

25  with the limitations of Claim 9 of the '676 Patent.

26          60.     Specifically, all Accused Products comprise:

27

28

COMPLAINT FOR PATENT INFRINGEMENT

k.     an inner surface closely conforming to the exterior shape of the exterior housing and in substantially continuous surface-to-surface contact with the exterior shape of the exterior housing, with substantially no space between the inner surface of the protective mask and the exterior shape when the protective mask is retained to the exterior housing, the protective mask being molded, integrally formed, contoured and sized to fit tightly against the exterior shape of the exterior housing, thereby providing retention of the protective mask to the exterior housing;

l.     at least one opening defined by the protective mask permitting user access to at least the user input and output interfaces; and

m.     at least one retainer having an extension protruding laterally inward from the integrally-formed mask body and toward and into the integrally-formed mask body interior space, wherein the at least one retainer is retained to the exterior housing at an exterior housing edge when the mask is coupled to the mobile communication device, the at least one retainer participating in retaining the integrally-formed mask body to the mobile communication device.

61.     As presently advised, one or more Accused Products also likely satisfy the limitations of, and infringe, dependent Claims 10, 11, and 12 of the '676 Patent.

62.     To the extent required by law, BelAir has complied with the provisions of 35 U.S.C. § 287.

63.     Defendants had notice of the '676 Patent and the likelihood of infringement thereof at least as early as September 1, 2022, pursuant to email correspondence from BelAir to Defendants via their President and CEO, Young Suk (Tony) Chung. A follow up email was sent on September 21, 2022. Defendants did not respond to either the September 1 or September 21, 2022, communications, leaving BelAir no choice but to file this litigation in order to protect its intellectual property rights.

COMPLAINT FOR PATENT INFRINGEMENT

64.     Defendants' direct infringement as described above, either literally or under the doctrine of equivalents, has injured BelAir and BelAir is entitled to recover damages adequate to compensate it for such infringement, but in no event less than a reasonable royalty.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff BelAir Electronics, Inc. respectfully requests this Court to enter judgment against Defendants VRS Design, Inc and Damda Inc. – and against each of their subsidiaries, successors, parents, affiliates, officers, directors, agents, servants, employees, and all persons in active concert or participation with them – granting the following relief:

A.     The entry of judgment in favor of Plaintiff and against Defendants;

B.     An award of damages against Defendants adequate to compensate Plaintiff for the infringement that occurred, but in no event less than a reasonable royalty as permitted by 35 U.S.C. § 284, together with prejudgment interest from the date infringement began; and

C.     Such other relief to which Plaintiff is entitled under the law and any other and further relief that this Court or a jury may deem just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues presented in this Complaint.

Dated: January 18, 2023                          Respectfully submitted,

                                                 */s/ Marc Libarle*
                                                 LAW OFFICES OF MARC LIBARLE
                                                 Marc Libarle (CABN: 071678)
                                                 ml7006@gmail.com
                                                 1388 Sutter St, Ste 910
                                                 San Francisco, CA 94109
                                                 (415) 928-2400

                                                 HALLER LAW PLLC
                                                 Timothy J. Haller *(Pro Hac Vice Pending)*
                                                 haller@haller-iplaw.com

                                                 *Attorneys for Plaintiff, BelAir Electronics, Inc.*

COMPLAINT FOR PATENT INFRINGEMENT

# EXHIBIT A

## TO

## COMPLAINT FOR PATENT INFRINGEMENT

## United States Patent No. 7,194,291



US007194291B2

(12) **United States Patent**
Peng

(10) Patent No.: **US 7,194,291 B2**
(45) Date of Patent: **Mar. 20, 2007**

(54) **PROTECTIVE MASK OF MOBILE PHONE**

(75) Inventor: **Kuan-Lin Peng**, Taipei (TW)

(73) Assignee: **Gregory Kim**, Westmont, IL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 508 days.

(21) Appl. No.: **09/888,488**

(22) Filed: **Jun. 26, 2001**

(65) **Prior Publication Data**

US 2002/0197965 A1     Dec. 26, 2002

(51) **Int. Cl.**
*H04B 1/38* (2006.01)
*H04M 1/00* (2006.01)

(52) **U.S. Cl.** .............. **455/575.8**; 455/90.3; 455/575.1; 379/433.11; 379/451

(58) **Field of Classification Search** ........... 379/433.01, 379/433.11, 451; 455/90.1, 90.3, 550.1, 455/575.1, 575.8, 575.9
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,201,867 B1 * 3/2001 Koike ................... 379/433.11

| | | | |
|---|---|---|---|
| 6,591,088 B1 * | 7/2003 | Watanabe | 455/90.3 |
| 6,594,472 B1 * | 7/2003 | Curtis et al. | 455/575.8 |
| 6,842,633 B1 * | 1/2005 | Deo et al. | 455/575.8 |
| 2001/0034211 A1 * | 10/2001 | Kuroshima et al. | |
| 2002/0193136 A1 * | 12/2002 | Halkosaari et al. | |

* cited by examiner

*Primary Examiner*—Bing Q. Bui
(74) *Attorney, Agent, or Firm*—Barnes & Thornburg LLP; Mark J. Nahnsen

(57) **ABSTRACT**

The present invention relates to a protective mask of mobile phone comprising an upper cover body and a lower cover body. The upper and lower cover bodies can be joined with a front and a rear phone housings of a mobile phone, respectively, to effectively prevent abrasion of the mobile phone due to carelessness of a user, thereby preventing ill-favored scars on the mobile phone. Therefore, the deterioration of the quality of the mobile phone and the fall of its value can be avoided. Moreover, trend and fashion of the mobile phone can be achieved without the need of replacing the mobile phone. Therefore, waste of money can be avoided, and economic burden to the user can be lessened.

**10 Claims, 7 Drawing Sheets**



Case 8:23-cv-00109-JWH-JDE    Document 1    Filed 01/18/23    Page 24 of 119    Page ID #:24



# FIG.1
# PRIOR ART

Case 8:23-cv-00108-JWH-JDE   Document 1   Filed 01/18/23   Page 25 of 119   Page ID #:25



# FIG.2
# PRIOR ART



# FIG.3

Case 8:23-cv-00108-JWH-JDE   Document 1   Filed 01/16/23   Page 27 of 119   Page ID #:27



# FIG.4

Case 8:23-cv-00108-JWH-JDE   Document 1   Filed 01/18/23   Page 28 of 119   Page ID
#:28



# FIG.5

Case 8:23-cv-00108-JWH-JDE   Document 1   Filed 01/16/23   Page 29 of 119   Page ID #:29



**FIG.6**

Case 8:23-cv-00108-JWH-JDE   Document 1   Filed 01/16/23   Page 30 of 119   Page ID #:30



# FIG.7

US 7,194,291 B2

1

**PROTECTIVE MASK OF MOBILE PHONE**

FIELD OF THE INVENTION

The present invention relates to a protective mask of 5 mobile phone and, more particularly, to an assembly structure used in a mobile phone

BACKGROUND OF THE INVENTION

FIGS. 1 and 2 show the structure of a prior art mobile 10 phone. The outer look of the structure is approximately a rectangular parallelepiped comprising a front phone housing and a rear phone housing. One end of the front phone housing 11 is pivotally joined with one end of the rear phone 15 housing 12, as shown in FIG. 2. An antenna 121 is disposed on the rear phone housing 12. A mobile phone 10 is formed after assembling the front and rear phone housings 11 and 12. The mobile phone 10 can be used for receiving a call, dialing a telephone number, making a call, displaying mes- 20 sages, and setting functions.

However, because the front and rear phone housings 11 and 12 of the mobile phone 10 are very smooth and delicate, abrasion may easily arise due to carelessness of a user so as to generate ill-favored scars thereon, resulting in the dete- 25 rioration of the quality of the mobile phone and the fall of its value.

Moreover, the design of the mobile phone 10 tends to be more and more diversified in consideration of trend and fashion. The user usually spends a lot of money to change 30 the mobile phone 10 to adhere to the fashion, resulting in waste of money.

Accordingly, the above mobile phone structure has inconvenience and drawbacks in practical installation and use. The present invention aims to resolve the problems in the 35 prior art.

SUMMARY OF THE INVENTION

The primary object of the present invention is to provide 40 a protective mask of mobile phone to effectively prevent abrasion of a mobile phone due to carelessness of a user, thereby preventing ill-favored scars on the mobile phone. Therefore, the deterioration of the quality of the mobile phone and the fall of its value can be avoided. 45

The secondary object of the present invention is to provide a protective mask of mobile phone so that trend and fashion of a mobile phone can be achieved without the need of replacing the mobile phone. Therefore, waste of money can be avoided, and economic burden to the user can be 50 lessened.

To achieve the above objects, the present invention provides a protective mask of mobile phone comprising an upper cover body and a lower cover body. The upper and lower cover bodies are integrally formed by means of mold 55 ejection of plastic. Patterns, types, or nameplates can be printed on the upper and lower cover bodies. The upper and lower cover bodies can sheathe a mobile phone therein. A gap, cavities, and slots corresponding to an antenna, an earphone cavity, an incoming-call informing light and so on 60 of the mobile phone are disposed on the lower cover body so that a user can successfully receive a call and use various kinds of functions and settings of the mobile phone.

The various objects and advantages of the present invention will be more readily understood from the following 65 detailed description when read in conjunction with the appended drawings, in which:

2

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of a prior art mobile phone;
FIG. 2 is a diagram showing the use state of a prior art mobile phone;
FIG. 3 is an exploded perspective view of the present invention and a mobile phone;
FIG. 4 is a perspective view of the present invention assembled with a mobile phone;
FIG. 5 is a cross-sectional view of the present invention assembled with a mobile phone;
FIG. 6 is a diagram showing the use state of the present invention assembled with a mobile phone; and
FIG. 7 is an exploded perspective view according to a second embodiment of the present invention.

DETAILED DESCRIPTION OF THE
PREFERRED EMBODIMENTS

As shown in FIGS. 3 to 6, the present invention relates to a protective mask of mobile phone and, more particularly, to an assembly structure used in a mobile phone. The protective mask of mobile phone of the present invention comprises an upper cover body 20 and a lower cover body 30.

The upper cover body 20 is integrally formed by mold ejection of plastic. Patterns, types, or nameplates can be printed on a front side face of the upper cover body 20. The upper cover body 20 can be joined with a front phone housing 41 of a mobile phone 40, as shown in FIG. 4. A rear side face of the upper cover body 20 has a plurality of flanges 21, as shown in FIG. 3. The flanges 21 can be retained at the edge of the front phone housing 41 of the mobile phone 40. The front phone housing 41 of the mobile phone 40 can be sheathed in the upper cover body 20, as shown in FIG. 5.

The lower cover body 30 is integrally formed by mold ejection of plastic. Patterns, types, or nameplates can be printed on the lower cover body 30. The lower cover body 30 can be joined with a rear phone housing 42 of the mobile phone 40, as shown in FIG. 4. The lower cover body 30 has a gap 31 to retain an antenna 43 of the mobile phone 40, as shown in FIG. 3. A plurality of cavities 32 are disposed beside the gap 31 of the lower cover body 30. The cavities 32 can correspond to an earphone cavity 44, an incoming-call informing light 45 and so on of the mobile phone 40 so that a user can conveniently use the functions of the mobile phone 40.

Finger recessions 33 are respectively disposed at two sides of the lower cover body 30 so that a user can easily unfold the pivotally joined front phone housing 41 and rear phone housing 42 to receive a call or operate the mobile phone 40, as shown in FIG. 6. The finger recessions 33 can also let the user conveniently separate the mobile phone 40 and the lower cover body 30 for performing operations such as replacing a battery (not shown) of the mobile phone 40. A plurality of holes 34 are disposed at one side of the lower cover body 30. The holes 34 can correspond to function keys (not shown) of the mobile phone 40 so that the user can successfully receive a call or set functions.

A bottom of the lower cover body 30 has a slot 35, which can correspond to a socket 46 (shown in FIG. 5) of the mobile phone 40 so that a user can plug in a power supply (not shown) of the mobile phone 40 to charge or recharge the mobile phone 40.

As shown in FIG. 7, a different upper cover body 20 and a different lower cover body 30 are matched according to the outer look of a different mobile phone 40 so as to satisfy

US 7,194,291 B2

<table>
<tr><td>3</td><td>4</td></tr>
</table>

users having different mobile phones **40**. The connection and disposition ways are the same as the above first embodiment of the present invention.

The present invention uses the upper cover body **20** and the lower cover body **30** to sheathe the mobile phone **40** therein so as to effectively prevent abrasion of the mobile phone **40** due to the carelessness of a user, thereby preventing ill-favored scars on the mobile phone. Moreover, trend and fashion of the mobile phone **40** can be achieved without the need of replacing the mobile phone **40**.

Although the present invention has been described with reference to the preferred embodiments thereof, it will be understood that the invention is not limited to the details thereof. Various substitutions and modifications have been suggested in the foregoing description, and others will occur to those of ordinary skill in the art. Therefore, all such substitutions and modifications are intended to be embraced within the scope of the invention as defined in the appended claims.

I claim:

**1**. A protective mask adapted to be coupled to an exterior housing of a mobile phone having internal components including circuitry and a battery, which are covered by the exterior housing, the protective mask comprising:

first mask portion, molded to conform to the shape of a first portion of the exterior housing of the mobile phone, the first mask portion having flanges to couple the first mask portion to the exterior housing of the mobile phone to retain the first mask portion to the first portion of the exterior housing so that the first mask portion covers the first portion of the exterior housing of the mobile phone; and

a second mask portion, molded to conform to the shape of a second portion of the exterior housing of the mobile phone, the second mask portion adapted to be coupled to the mobile phone to retain the second mask portion to the second portion of the exterior housing so that the second mask portion covers the second portion of the exterior housing of the mobile phone;

wherein said first and second mask portions are retained to the exterior housing of the mobile phone.

**2**. The protective mask of claim **1**, wherein patterns, types, or nameplates can be printed on said first and second mask portions.

**3**. The protective mask of claim **1**, wherein the first mask portion includes at least one opening to permit access to features of the mobile phone.

**4**. The protective mask of claim **1**, wherein said second mask portion includes at least one opening to permit access to features of the mobile phone.

**5**. The protective mask of claim **1**, wherein said second mask portion includes an opening corresponding to a socket of said mobile phone so that a user can conveniently plug in a power supply to charge said mobile phone.

**6**. A protective mask adapted to be coupled to an exterior housing of a mobile phone, the mobile phone having internal components including circuitry and a battery, which are covered by the exterior housing, the protective mask comprising:

an first mask portion, molded to conform to the shape of a first portion of the exterior housing of the mobile phone, the first mask portion having flanges to couple the first mask portion to the exterior housing of the mobile phone to retain the first mask portion to the first portion of the exterior housing so that the first mask portion covers the first portion of the exterior housing of the mobile phone;

said first mask portion including an opening that is associated with an opening in the exterior housing to permit access to a feature of the mobile phone; and

a second mask portion, molded to conform to the shape of a second portion of the exterior housing of the mobile phone, the second mask portion adapted to be coupled to the mobile phone to retain the second mask portion to the second portion of the exterior housing so that the second mask portion covers the second portion of the exterior housing of the mobile phone;

wherein said first and second mask portions are retained to the exterior housing of the mobile phone.

**7**. The protective mask of claim **6**, wherein patterns, types, or nameplates can be printed on said first and second mask portions.

**8**. The protective mask of claim **6**, wherein the second mask portion includes an opening to permit access to a feature of the mobile phone.

**9**. A protective mask adapted to be coupled to an exterior housing of a mobile phone, the mobile phone having internal components including circuitry and a battery, which are covered by the exterior housing, the protective mask comprising:

an first mask portion, molded to conform to the shape of a first portion of the exterior housing of the mobile phone, the first mask portion having a flange to couple the first mask portion to the exterior housing of the mobile phone to retain the first mask portion to the first portion of the exterior housing so that the first mask portion covers the first portion of the exterior housing of the mobile phone;

the first mask portion including an opening that is associated with an opening in the exterior housing to permit access to a feature of the mobile phone;

a second mask portion, molded to conform to the shape of a second portion of the exterior housing of the mobile phone, the second mask portion adapted to be coupled to the housing of the mobile phone to retain the second mask portion to the second portion of the exterior housing so that the second mask portion covers the second portion of the exterior housing of the mobile phone; and

the second mask portion includes an opening that is associated with an opening in the exterior housing to permit access to a feature of the mobile phone.

**10**. The protective mask of claim **9**, wherein patterns, types, or nameplates can be printed on said first and second mask portions.

* * * * *

# EXHIBIT B

## TO

## COMPLAINT FOR PATENT INFRINGEMENT

## United States Patent No. 7,941,195

Case 8:23-cv-00108-JWH-JDE   Document 1   Filed 01/18/23   Page 34 of 119   Page ID #:34



US007941195B2

(12) **United States Patent**
Peng

(10) Patent No.: **US 7,941,195 B2**
(45) Date of Patent: ***May 10, 2011**

(54) **PROTECTIVE MASK OF MOBILE PHONE**

(75) Inventor: **Kuan-Lin Peng**, Taipei (TW)

(73) Assignee: **Gregory J. Kim**, Westmont, IL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 654 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/673,237**

(22) Filed: **Feb. 9, 2007**

(65) **Prior Publication Data**

US 2007/0191079 A1      Aug. 16, 2007

**Related U.S. Application Data**

(63) Continuation of application No. 09/888,488, filed on Jun. 26, 2001, now Pat. No. 7,194,291.

(30) **Foreign Application Priority Data**

Nov. 17, 2000    (CN) .............................. 00 2 52902 U

(51) **Int. Cl.**
    *H04M 1/00*         (2006.01)
(52) **U.S. Cl.** ................ **455/575.8**; 455/550.1; 455/575.1
(58) **Field of Classification Search** ............... 455/575.8,
        455/575.9, 575.1, 550.1, 90.1, 90.3, 348,
        455/349, 550; 379/433.01, 433.11, 451
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D211,355 S | 6/1968 | Farnham et al. | |
| D219,451 S | 12/1970 | Blackman | |
| 4,121,061 A | 10/1978 | Donaldson | |

| | | | |
|---|---|---|---|
| 5,012,513 A | 4/1991 | Dale et al. | |
| D337,435 S | 7/1993 | Kaneko et al. | |
| D338,470 S | 8/1993 | Clayton | |
| D342,262 S | 12/1993 | Hester | |
| D348,472 S | 7/1994 | Cyfko | |
| 5,383,091 A | 1/1995 | Snell | |

(Continued)

FOREIGN PATENT DOCUMENTS

DE        20019958.7      2/2001

(Continued)

OTHER PUBLICATIONS

IL Telefono Cellulare & C. 2 pages. Date: Oct. 2000. (Shows replacement mobile telephone housing portions.).

*Primary Examiner* — Kent Chang
*Assistant Examiner* — Dinh P Nguyen
(74) *Attorney, Agent, or Firm* — Jansson Shupe & Munger Ltd.

(57)        **ABSTRACT**

The present invention relates to a protective mask of mobile phone comprising an upper cover body and a lower cover body. The upper and lower cover bodies can be joined with a front and a tear phone housings of a mobile phone, respectively, to effectively prevent abrasion of the mobile phone due to carelessness of a user, thereby preventing ill-favored scars on the mobile phone. Therefore, the deterioration of the quality of the mobile phone and the fall of its value can be avoided. Moreover, trend and fashion of the mobile phone can be achieved without the need of replacing the mobile phone. Therefore, waste of money can be avoided, and economic burden to the user can be lessened.

**12 Claims, 7 Drawing Sheets**



## US 7,941,195 B2

Page 2

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D365,927 S | 1/1996 | Cho |
| D369,903 S | 5/1996 | Tetrault |
| 5,586,704 A | 12/1996 | Alexander et al. |
| D382,538 S | 8/1997 | Brunette |
| D385,283 S | 10/1997 | Snyder et al. |
| D385,554 S | 10/1997 | Nuovo et al. |
| 5,678,204 A | 10/1997 | Naylor |
| D395,749 S | 7/1998 | Jayez |
| D396,951 S | 8/1998 | Huber |
| D397,246 S | 8/1998 | Hoofnagle et al. |
| 5,809,403 A | 9/1998 | MacDonald, Jr. et al. |
| D400,541 S | 11/1998 | Harrison |
| D408,402 S | 4/1999 | Shimelfarb et al. |
| 5,896,277 A | 4/1999 | Leon et al. |
| 5,933,330 A | 8/1999 | Beutler et al. |
| 5,988,577 A | 11/1999 | Phillips et al. |
| 6,006,074 A | 12/1999 | De Larminat et al. |
| 6,011,699 A | 1/2000 | Murray et al. |
| D425,907 S | 5/2000 | Frye et al. |
| 6,073,034 A | 6/2000 | Jacobsen et al. |
| 6,075,977 A | 6/2000 | Bayrami |
| 6,082,535 A | 7/2000 | Mitchell |
| 6,130,945 A | 10/2000 | Shin |
| 6,157,545 A | 12/2000 | Janninck et al. |
| 6,201,867 B1 | 3/2001 | Koike |
| D448,368 S | 9/2001 | Bettag et al. |
| 6,591,088 B1 | 7/2003 | Watanabe |
| 6,594,472 B1 | 7/2003 | Curtis et al. |
| 6,842,633 B1 | 1/2005 | Deo et al. |
| 7,194,291 B2 * | 3/2007 | Peng .......................... 455/575.8 |
| 2001/0034211 A1 | 10/2001 | Kuroshima et al. |
| 2002/0193136 A1 | 12/2002 | Halkosaari et al. |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 20111112.8 | 9/2001 |

* cited by examiner

Case 8:23-cv-00109-JWH-JDE   Document 1   Filed 01/18/23   Page 36 of 119   Page ID #:36



# FIG.1
# PRIOR ART

Case 8:23-cv-00108-JWH-JDE　Document 1　Filed 01/18/23　Page 37 of 119　Page ID #:37



*11*

*10*

*121*

*12*

# FIG.2
# PRIOR ART

Case 8:23-cv-00108-JWH-JDE   Document 1   Filed 01/19/23   Page 38 of 119   Page ID #:38



# FIG.3



# FIG.4

Case 8:23-cv-00108-JWH-JDE Document 1 Filed 01/18/23 Page 40 of 119 Page ID #:40



**FIG.5**



**FIG.6**

Case 8:23-cv-00108-JWH-JDE  Document 1  Filed 01/16/23  Page 42 of 119  Page ID #:42



*FIG.7*

US 7,941,195 B2

1

## PROTECTIVE MASK OF MOBILE PHONE

### CROSS-REFERENCE TO RELATED PATENT APPLICATIONS

This continuation application claims priority to U.S. patent application Ser. No. 09/888,488 filed Jun. 26, 2001, now U.S. Pat. No. 7,194,291 and Chinese Patent Application No. CN00252902.5 filed Nov. 17, 2000, which are expressly incorporated by reference herein.

### FIELD OF THE INVENTION

The present invention relates to a protective mask of mobile phone and, more particularly, to an assembly structure used in a mobile phone

### BACKGROUND OF THE INVENTION

FIGS. 1 and 2 show the structure of a prior art mobile phone. The outer look of the structure is approximately a rectangular parallelepiped comprising a front phone housing and a rear phone housing. One end of the front phone housing 11 is pivotally joined with one end of the rear phone housing 12, as shown in FIG. 2. An antenna 121 is disposed on the rear phone housing 12. A mobile phone 10 is formed after assembling the front and rear phone housings 11 and 12. The mobile phone 10 can be used for receiving a call, dialing a telephone number, making a call, displaying messages, and setting functions.

However, because the front and rear phone housings 11 and 12 of the mobile phone 10 are very smooth and delicate, abrasion may easily arise due to carelessness of a user so as to generate ill-favored scars thereon, resulting in the deterioration of the quality of the mobile phone and the fall of its value.

Moreover, the design of the mobile phone 10 tends to be more and more diversified in consideration of trend and fashion. The user usually spends a lot of money to change the mobile phone 10 to adhere to the fashion, resulting in waste of money.

Accordingly, the above mobile phone structure has inconvenience and drawbacks in practical installation and use. The present invention aims to resolve the problems in the prior art.

### SUMMARY OF THE INVENTION

The primary object of the present invention is to provide a protective mask of mobile phone to effectively prevent abrasion of a mobile phone due to carelessness of a user, thereby preventing ill-favored scars on the mobile phone. Therefore, the deterioration of the quality of the mobile phone and the fall of its value can be avoided.

The secondary object of the present invention is to provide a protective mask of mobile phone so that trend and fashion of a mobile phone can be achieved without the need of replacing the mobile phone. Therefore, waste of money can be avoided, and economic burden to the user can be lessened.

To achieve the above objects, the present invention provides a protective mask of mobile phone comprising an upper cover body and a lower cover body. The upper and lower cover bodies are integrally formed by means of mold ejection of plastic. Patterns, types, or nameplates can be printed on the upper and lower cover bodies. The upper and lower cover bodies can sheathe a mobile phone therein. A gap, cavities, and slots corresponding to an antenna, an earphone cavity, an incoming-call informing light and so on of the mobile phone are disposed on the lower cover body so that a user can

2

successfully receive a call and use various kinds of functions and settings of the mobile phone.

The various objects and advantages of the present invention will be more readily understood from the following detailed description when read in conjunction with the appended drawings, in which:

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of a prior art mobile phone;

FIG. 2 is a diagram showing the use state of a prior art mobile phone;

FIG. 3 is an exploded perspective view of the present invention and a mobile phone;

FIG. 4 is a perspective view of the present invention assembled with a mobile phone;

FIG. 5 is a cross-sectional view of the present invention assembled with a mobile phone;

FIG. 6 is a diagram showing the use state of the present invention assembled 10 with a mobile phone; and

FIG. 7 is an exploded perspective view according to a second embodiment of the present invention.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

As shown in FIGS. 3 to 6, the present invention relates to a protective mask of mobile phone and, more particularly, to an assembly structure used in a mobile phone. The protective mask of mobile phone of the present invention comprises an upper cover body 20 and a lower cover body 30.

The upper cover body 20 is integrally formed by mold ejection of plastic. Patterns, types, or nameplates can be printed on a front side face of the upper 20 cover body 20. The upper cover body 20 can be joined with a front phone housing 41 of a mobile phone 40, as shown in FIG. 4. A rear side face of the upper cover body 20 has a plurality of flanges 21, as shown in FIG. 3. The flanges 21 can be retained at the edge of the front phone housing 41 of the mobile phone 40 can be sheathed in the upper cover body 20, as shown in FIG. 5.

The lower cover body 30 is integrally formed by mold ejection of plastic. Patterns, types, or nameplates can be printed on the lower cover body 30. The lower cover body 30 can be joined with a rear phone housing 42 of the mobile phone 40, as shown in FIG. 4. The lower cover body 30 has a gap 31 to retain an antenna 43 of the mobile phone 40, as shown in FIG. 3. A plurality of cavities 32 are disposed beside the gap 31 of the lower cover body 30. The cavities 32 can correspond to an earphone cavity 44, an incoming-call informing light 45 and so on of the mobile phone 40 so that a user can conveniently use the functions of the mobile phone 40.

Finger recessions 33 are respectively disposed at two sides of the lower cover body 30 so that a user can easily unfold the pivotally joined front phone housing 41 and rear phone housing 42 to receive a call or operate the mobile phone 40, as shown in FIG. 6. The finger recessions 33 can also let the user conveniently separate the mobile phone 40 and the lower cover body 30 for performing operations such as replacing a battery (not shown) of the mobile phone 40. A plurality of holes 34 are disposed at one side of the lower cover body 30. The holes 34 can correspond to function keys (not shown) of the mobile phone 40 so that the user can successfully receive a call or set functions.

A bottom of the lower cover body 30 has a slot 35, which can correspond to a socket 46 (shown in FIG. 5) of the mobile

US 7,941,195 B2

3

phone **40** so that a user can plug in a power supply (not shown) of the mobile phone **40** to charge or recharge the mobile phone **40**.

As shown in FIG. **7**, a different upper cover body **20** and a different lower cover body **30** are matched according to the outer look of a different mobile phone **40** so as to satisfy users having different mobile phones **40**. The connection and disposition ways are the same as the above first embodiment of the present invention.

The present invention uses the upper cover body **20** and the lower cover body **30** to sheathe the mobile phone **40** therein so as to effectively prevent abrasion of the mobile phone **40** due to the carelessness of a user, thereby preventing ill-favored scars on the mobile phone. Moreover, trend and fashion of the mobile phone **40** can be achieved without the need of replacing the mobile phone **40**.

Although the present invention has been described with reference to the preferred embodiments thereof, it will be understood that the invention is not limited to the details thereof. Various substitutions and modifications have been suggested in the foregoing description, and others will occur to those of ordinary skill in the art. Therefore, all such substitutions and modifications are intended to be embraced within the scope of the invention as defined in the appended claims.

What is claimed is:

**1**. A protective mask adapted to be coupled to an exterior housing of a mobile phone having internal components including circuitry and a battery, which are covered by the exterior housing, the protective mask comprising:

a first mask portion, molded to conform to the shape of a first portion of the exterior housing of the mobile phone, the first mask portion adapted to be coupled to the mobile phone to retain the first mask portion to the first portion of the exterior housing so that the first mask portion covers the first portion of the exterior housing of the mobile phone; and

a second mask portion, molded to conform to the shape of a second portion of the exterior housing of the mobile phone, the second mask portion adapted to be coupled to the mobile phone to retain the second mask portion to the second portion of the exterior housing so that the second mask portion covers the second portion of the exterior housing of the mobile phone;

wherein said first and second mask portions are retained to the exterior housing of the mobile phone.

**2**. The protective mask of claim **1**, wherein patterns, types, or nameplates can be printed on said first and second mask portions.

**3**. The protective mask of claim **1**, wherein the first mask portion includes at least one opening to permit access to features of the mobile phone.

**4**. The protective mask of claim **1**, wherein said second mask portion includes at least one opening to permit access to features of the mobile phone.

**5**. The protective mask of claim **1**, wherein said second mask portion includes an opening corresponding to a socket

4

of said mobile phone so that a user can conveniently plug in a power supply to charge said mobile phone.

**6**. A protective mask adapted to be coupled to an exterior housing of a mobile phone, the mobile phone having internal components including circuitry and a battery, which are covered by the exterior housing, the protective mask comprising:

a first mask portion, molded to conform to the shape of a first portion of the exterior housing of the mobile phone, the first mask portion is adapted to be coupled to the mobile phone to retain the first mask portion to the first portion of the exterior housing so that the first mask portion covers the first portion of the exterior housing of the mobile phone;

said first mask portion including an opening that is associated with an opening in the exterior housing to permit access to a feature of the mobile phone; and

a second mask portion, molded to conform to the shape of a second portion of the exterior housing of the mobile phone, the second mask portion adapted to be coupled to the mobile phone to retain the second mask portion to the second portion of the exterior housing so that the second mask portion covers the second portion of the exterior housing of the mobile phone;

wherein said first and second mask portions are retained to the exterior housing of the mobile phone.

**7**. The protective mask of claim **6**, wherein patterns, types, or nameplates can be printed on said first and second mask portions.

**8**. The protective mask of claim **6**, wherein the second mask portion includes an opening to permit access to a feature of the mobile phone.

**9**. A protective mask adapted to be coupled to an exterior housing of a mobile phone having internal components including circuitry and a battery, which are covered by the exterior housing, the protective mask comprising:

a first mask portion, molded to conform to the shape of a first portion of the exterior housing of the mobile phone, the first mask portion having flanges to allow the first mask portion to be coupled to the mobile phone to retain the first mask portion to the first portion of the exterior housing so that the first mask portion covers the first portion of the exterior housing of the mobile phone.

**10**. The protective mask of claim **9**, further comprising a second mask portion, molded to conform to the shape of a second portion of the exterior housing of the mobile phone, the second mask portion adapted to be coupled to the mobile phone to retain the second mask portion to the second portion of the exterior housing so that the second mask portion covers the second portion of the exterior housing of the mobile phone.

**11**. The protective mask of claim **10**, wherein patterns, types, or nameplates can be printed on the first and second mask portions.

**12**. The protective mask of claim **11**, wherein the first mask portion includes at least one opening to permit access to features of the mobile phone.

\*   \*   \*   \*   \*

# EXHIBIT C

## TO

## COMPLAINT FOR PATENT INFRINGEMENT

## United States Patent No. 10,097,676

Case 8:23-cv-00109-JWH-JDE Document 1 Filed 01/18/23 Page 46 of 119 Page ID #:46



US010097676B2

(12) **United States Patent**
Peng

(10) Patent No.: **US 10,097,676 B2**
(45) Date of Patent: ***Oct. 9, 2018**

(54) **PROTECTIVE MASK OF MOBILE PHONE**

(75) Inventor: **Kuan-Lin Peng**, Taipai (TW)

(73) Assignee: **Gregory Jukyoung Kim**, Westmont, IL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 119 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **13/094,428**

(22) Filed: **Apr. 26, 2011**

(65) **Prior Publication Data**

US 2011/0201394 A1    Aug. 18, 2011

**Related U.S. Application Data**

(63) Continuation of application No. 11/673,237, filed on Feb. 9, 2007, now Pat. No. 7,941,195, which is a continuation of application No. 09/888,488, filed on Jun. 26, 2001, now Pat. No. 7,194,291.

(30) **Foreign Application Priority Data**

Nov. 17, 2000    (CN) ........................................ 252902

(51) **Int. Cl.**
**H04M 1/02**       (2006.01)
**H04B 1/3888**     (2015.01)
(52) **U.S. Cl.**
CPC ........ **H04M 1/0283** (2013.01); **H04B 1/3888** (2013.01); *H04M 1/0214* (2013.01)
(58) **Field of Classification Search**
CPC . H04W 88/02; H04M 1/0283; H04M 1/0214; H04M 1/0202; H04M 1/0212; H04M 1/0216; H04B 1/3888

USPC .... 455/90.1, 90.3, 348, 349, 433.01, 433.11, 455/451, 550, 550.1, 575.1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D211,355 S | 6/1968 | Farnham et al. |
| D219,451 S | 12/1970 | Blackman |
| 4,121,061 A | 10/1978 | Donaldson |
| 5,012,513 A | 4/1991 | Dale et al. |
| D337,435 S | 7/1993 | Kaneko et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 00252902.5 | 11/2000 |
| DE | 20019958 U1 | 2/2001 |
| DE | 20111112 U1 | 9/2001 |

OTHER PUBLICATIONS

IL Telefono Cellulare & C. 2 pages. Date: Oct. 2000. (Shows replacement mobile telephone housing portions).

*Primary Examiner* — Dinh Nguyen
(74) *Attorney, Agent, or Firm* — Invention Mine LLC

(57) **ABSTRACT**

The present invention relates to a protective mask of mobile phone comprising an upper cover body and a lower cover body. The upper and lower cover bodies can be joined with a front and a rear phone housing of a mobile phone, respectively, to effectively prevent abrasion of the mobile phone due to carelessness of a user, thereby preventing ill-favored scars on the mobile phone. Therefore, the deterioration of the quality of the mobile phone and the fall of its value can be avoided. Moreover, trend and fashion of the mobile phone can be achieved without the need of replacing the mobile phone. Therefore, waste of money can be avoided, and economic burden to the user can be lessened.

**12 Claims, 7 Drawing Sheets**



# US 10,097,676 B2

Page 2

(56) **References Cited**

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D338,470 S | 8/1993 | Clayton | |
| D342,262 S | 12/1993 | Hester | |
| D348,472 S | 7/1994 | Cyfko | |
| 5,383,091 A | 1/1995 | Snell | |
| D365,927 S | 1/1996 | Cho | |
| D369,903 S | 5/1996 | Tetrault | |
| 5,586,704 A | 12/1996 | Alexander et al. | |
| D382,538 S | 8/1997 | Brunette | |
| D385,283 S | 10/1997 | Snyder et al. | |
| D385,554 S | 10/1997 | Nuovo et al. | |
| 5,678,204 A | 10/1997 | Naylor | |
| D395,749 S | 7/1998 | Jayez | |
| D396,951 S | 8/1998 | Huber | |
| D397,246 S | 8/1998 | Hoofnagle et al. | |
| 5,809,403 A | 9/1998 | MacDonald, Jr. et al. | |
| D400,541 S | 11/1998 | Harrison | |
| D408,402 S | 4/1999 | Shimelfarb et al. | |
| 5,896,277 A | 4/1999 | Leon et al. | |
| 5,923,752 A * | 7/1999 | McBride et al. | 379/433.11 |
| 5,933,330 A | 8/1999 | Beutler et al. | |
| 5,988,577 A | 11/1999 | Phillips et al. | |
| 6,006,074 A | 12/1999 | De Larminat et al. | |
| 6,011,699 A | 1/2000 | Murray et al. | |
| D425,907 S | 5/2000 | Frye et al. | |
| 6,073,027 A | 6/2000 | Norman et al. | |
| 6,073,034 A | 6/2000 | Jacobsen et al. | |
| 6,075,977 A | 6/2000 | Bayrami | |
| 6,082,535 A | 7/2000 | Mitchell | |
| 6,128,515 A * | 10/2000 | Kabler | H04B 1/3805 |
| | | | 455/556.2 |
| 6,130,945 A | 10/2000 | Shin | |
| 6,157,545 A | 12/2000 | Janninck et al. | |
| 6,184,835 B1 | 2/2001 | Chen et al. | |
| 6,201,867 B1 | 3/2001 | Koike | |
| 6,224,225 B1 | 5/2001 | Chen | |
| D448,368 S * | 9/2001 | Bettag | D14/250 |
| 6,430,400 B1 | 8/2002 | MacDonald, Jr. et al. | |
| 6,563,927 B2 | 5/2003 | Mote et al. | |
| 6,591,088 B1 | 7/2003 | Watanabe | |
| 6,594,472 B1 | 7/2003 | Curtis et al. | |
| 6,842,633 B1 | 1/2005 | Deo et al. | |
| 6,876,837 B2 | 4/2005 | Kuroshima et al. | |
| 6,898,283 B2 | 5/2005 | Wycherley et al. | |
| 7,069,063 B2 | 6/2006 | Halkosaari et al. | |
| 7,194,291 B2 | 3/2007 | Peng | |
| 7,941,195 B2 | 5/2011 | Peng | |

* cited by examiner



# FIG.1
# PRIOR ART

Case 8:23-cv-00108-JWH-JDE   Document 1   Filed 01/18/23   Page 49 of 119   Page ID #:49



# FIG.2
# PRIOR ART

Case 8:23-cv-00109-JWH-JDE   Document 1   Filed 01/18/23   Page 50 of 119   Page ID #:50



# FIG.3



**FIG.4**

Case 8:23-cv-00108-JWH-JDE    Document 1    Filed 01/18/23    Page 52 of 119    Page ID #:52



# FIG.5

Case 8:23-cv-00108-JWH-JDE   Document 1   Filed 01/18/23   Page 53 of 119   Page ID #:53



# FIG.6

Case 8:23-cv-00108-JWH-JDE   Document 1   Filed 01/18/23   Page 54 of 119   Page ID #:54



*FIG.7*

US 10,097,676 B2

1

## PROTECTIVE MASK OF MOBILE PHONE

### RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 11/673,237, filed Feb. 9, 2007, now U.S. Pat. No. 7,941,195, which (i) is a continuation application of U.S. patent application Ser. No. 09/888,488, filed Jun. 26, 2001, now U.S. Pat. No. 7,194,291, and (ii) claims priority to Chinese Patent Application No. CN00252902.5, filed Nov. 17, 2000, the contents of which are incorporated herein by reference.

### FIELD OF THE INVENTION

The present invention relates to a protective mask of mobile phone and, more particularly, to an assembly structure used in a mobile phone.

### BACKGROUND OF THE INVENTION

FIGS. 1 and 2 show the structure of a prior art mobile phone. The outer look of the structure is approximately a rectangular parallelepiped comprising a front phone housing and a rear phone housing. One end of the front phone housing 11 is pivotally joined with one end of the rear phone housing 12, as shown in FIG. 2. An antenna 121 is disposed on the rear phone housing 12. A mobile phone 10 is formed after assembling the front and rear phone housings 11 and 12. The mobile phone 10 can be used for receiving a call, dialing a telephone number, making a call, displaying messages, and setting functions.

However, because the front and rear phone housings 11 and 12 of the mobile phone 10 are very smooth and delicate, abrasion may easily arise due to carelessness of a user so as to generate ill-favored scars thereon, resulting in the deterioration of the quality of the mobile phone and the fall of its value.

Moreover, the design of the mobile phone 10 tends to be more and more diversified in consideration of trend and fashion. The user usually spends a lot of money to change the mobile phone 10 to adhere to the fashion, resulting in waste of money.

Accordingly, the above mobile phone structure has inconvenience and drawbacks in practical installation and use. The present invention aims to resolve the problems in the prior art.

### SUMMARY OF THE INVENTION

The primary object of the present invention is to provide a protective mask of mobile phone to effectively prevent abrasion of a mobile phone due to carelessness of a user, thereby preventing ill-favored scars on the mobile phone. Therefore, the deterioration of the quality of the mobile phone and the fall of its value can be avoided.

The secondary object of the present invention is to provide a protective mask of mobile phone so that trend and fashion of a mobile phone can be achieved without the need of replacing the mobile phone. Therefore, waste of money can be avoided, and economic burden to the user can be lessened.

To achieve the above objects, the present invention provides a protective mask for a mobile phone comprising an upper cover body and a lower cover body. The upper and lower cover bodies are integrally formed by means of mold ejection of plastic. Patterns, types, or nameplates can be

2

printed on the upper and lower cover bodies. The upper and lower cover bodies can sheathe a mobile phone therein. A gap, cavities, and slots corresponding to an antenna, an earphone cavity, an incoming-call informing light and so on of the mobile phone are disposed on the lower cover body so that a user can successfully receive a call and use various kinds of functions and settings of the mobile phone.

The various objects and advantages of the present invention will be more readily understood from the following detailed description when read in conjunction with the appended drawings, in which:

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of a prior art mobile phone;
FIG. 2 is a diagram showing the use state of a prior art mobile phone;
FIG. 3 is an exploded perspective view of the present invention and a mobile phone;
FIG. 4 is a perspective view of the present invention assembled with a mobile phone;
FIG. 5 is a cross-sectional view of the present invention assembled with a mobile phone;
FIG. 6 is a diagram showing the use state of the present invention assembled 10 with a mobile phone; and
FIG. 7 is an exploded perspective view according to a second embodiment of the present invention.

### DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS

As shown in FIGS. 3 to 6, the present invention relates to a protective mask of mobile phone and, more particularly, to an assembly structure used in a mobile phone. The protective mask of mobile phone of the present invention comprises an upper cover body 20 and a lower cover body 30.

The upper cover body 20 is integrally formed by mold injection of plastic. Patterns, types, or nameplates can be printed on a front side face of the upper cover body 20. The upper cover body 20 can be joined with a front phone housing 41 of a mobile phone 40, as shown in FIG. 4. A rear side face of the upper cover body 20 has a plurality of flanges 21, as shown in FIG. 3. The flanges 21 can be retained at the edge of the front phone housing 41 of the mobile phone 40. The front phone housing 41 of the mobile phone 40 can be sheathed in the upper cover body 20, as shown in FIG. 5.

The lower cover body 30 is integrally formed by mold injection of plastic. Patterns, types, or nameplates can be printed on the lower cover body 30. The lower cover body 30 can be joined with a rear phone housing 42 of the mobile phone 40, as shown in FIG. 4. The lower cover body 30 has a gap 31 to retain an antenna 43 of the mobile phone 40, as shown in FIG. 3. A plurality of cavities 32 are disposed beside the gap 31 of the lower cover body 30. The cavities 32 can correspond to an earphone cavity 44, an incoming-call informing light 45 and so on of the mobile phone 40 so that a user can conveniently use the functions of the mobile phone 40.

Finger recessions 33 are respectively disposed at two sides of the lower cover body 30 so that a user can easily unfold the pivotally joined front phone housing 41 and rear phone housing 42 to receive a call or operate the mobile phone 40, as shown in FIG. 6. The finger recessions 33 can also let the user conveniently separate the mobile phone 40 and the lower cover body 30 for performing operations such as replacing a battery (not shown) of the mobile phone 40.

US 10,097,676 B2

3

A plurality of holes 34 are disposed at one side of the lower cover body 30. The holes 34 can correspond to function keys (not shown) of the mobile phone 40 so that the user can successfully receive a call or set functions.

A bottom of the lower cover body 30 has a slot 35, which can correspond to a socket 46 (shown in FIG. 5) of the mobile phone 40 so that a user can plug in a power supply (not shown) of the mobile phone 40 to charge or recharge the mobile phone 40.

As shown in FIG. 7, a different upper cover body 20 and a different lower cover body 30 are matched according to the outer look of a different mobile phone 40 so as to satisfy users having different mobile phones 40. The connection and disposition ways are the same as the above first embodiment of the present invention.

The present invention uses the upper cover body 20 and the lower cover body 30 to sheathe the mobile phone 40 therein so as to effectively prevent abrasion of the mobile phone 40 due to the carelessness of a user, thereby preventing ill-favored scars on the mobile phone. Moreover, trend and fashion of the mobile phone 40 can be achieved without the need of replacing the mobile phone 40.

Although the present invention has been described with reference to the preferred embodiments thereof, it will be understood that the invention is not limited to the details thereof. Various substitutions and modifications have been suggested in the foregoing description, and others will occur to those of ordinary skill in the art. Therefore, all such substitutions and modifications are intended to be embraced within the scope of the invention as defined in the appended claims.

The invention claimed is:

1. A protective mask molded for frictional retention to an exterior housing of a mobile phone having user input and output interfaces, and internal components including circuitry and a battery, wherein the exterior housing completely encloses the circuitry and the battery when the mobile phone is fully assembled and ready for use, the exterior housing having an exterior shape formed by a back surface, and at least portions of opposed side surfaces, the protective mask comprising:

an integrally-formed mask body molded and contoured to conform and frictionally-fit tightly against the exterior shape of the exterior housing;

an inner surface of the integrally-formed mask body defining an interior space of the integrally-formed mask body and conforming to and in substantially continuous surface-to-surface contact with the exterior shape of the exterior housing, with no substantial space between the inner surface of the integrally-formed mask body and the exterior shape of the exterior housing;

at least one opening defined by the integrally-formed mask body permitting user access to at least the user input and output interfaces; and

at least one retainer having an extension protruding laterally inward from the integrally-formed mask body and toward and into the integrally-formed mask body interior space, wherein the at least one retainer is retained to the exterior housing at an exterior housing edge when the mask is coupled to the mobile communication device, the at least one retainer participating in retaining the integrally-formed mask body to the mobile communication device.

2. The protective mask of claim 1, wherein the integrally-formed mask body further includes indicia selected from the group consisting of text, graphic elements and combinations thereof.

4

3. The protective mask of claim 1, wherein the integrally-formed mask body includes at least one feature opening to permit access to at least one feature of the mobile phone.

4. The protective mask of claim 1, wherein the integrally-formed mask body includes a socket opening corresponding to a socket of the mobile phone and permitting a user to plug a power supply into the socket to charge the mobile phone.

5. A protective mask molded for frictional retention to an exterior housing of, and adapted to be coupled to, a mobile communication device having internal components including circuitry and a battery, wherein the exterior housing completely encloses the circuitry and battery when the mobile communication device is fully assembled and ready for use, and wherein the exterior housing has an exterior shape including a back face and at least portions of opposed side surfaces, the protective mask comprising:

an integrally-formed mask body molded and contoured to conform and frictionally fit to the exterior shape of the exterior housing;

an inner surface of the integrally-formed mask body defining an interior space of the integrally-formed mask body and conforming to and in substantially continuous surface-to-surface contact with the exterior shape of the exterior housing in overlying and protecting relationship, without a substantial gap between the inner surface of the integrally-formed mask body and the exterior shape of the exterior housing, the integrally-formed mask body defining an opening enabling the mask to be placed over the exterior shape in overlying and protecting relationship; and

at least one retainer having an extension protruding laterally inward from the integrally-formed mask body and toward and into the integrally-formed mask body interior space, wherein the at least one retainer is retained to the exterior housing at an exterior housing edge when the mask is coupled to the mobile communication device, the at least one retainer participating in retaining the integrally-formed mask body to the mobile communication device.

6. The protective mask of claim 5, wherein the mobile communication device includes a socket for battery charging and the integrally-formed mask body defines at least a battery-charging socket opening permitting a power supply to be connected to the socket.

7. The protective mask of claim 5, wherein the mobile communication device includes an earphone-connection socket and the integrally-formed mask body defines at least one earphone-connection socket opening permitting an earphone to be connected to the earphone-connection socket.

8. A mask for attachment to a hand-held mobile phone, the mobile phone having user input and output interfaces, internal components including circuitry and a battery, and an exterior housing completely enclosing the circuitry and battery when the mobile phone is fully assembled and ready for use, the exterior housing including a first face, a second face and opposed side surfaces there between, the mask comprising:

an integrally-formed mask body molded to conform to a shape of the exterior housing; and

inner and outer surfaces, the surfaces defining at least one opening in the integrally-formed mask body providing access to at least one of the user input and output interfaces, the integrally-formed mask body being configured such that, when the mask is attached to the mobile phone, the integrally-formed mask body is coextensive with, contours to and overlies the opposed

US 10,097,676 B2

5

6

side surfaces, with substantially no space between the mask body and the opposed side surfaces; and

at least one retainer having an extension protruding laterally inward from the integrally-formed mask body and toward and into the integrally-formed mask body interior space, wherein the at least one retainer is retained to the exterior housing at an exterior housing edge when the mask is coupled to the mobile communication device, the at least one retainer participating in retaining the integrally-formed mask body to the mobile communication device.

9. A protective mask molded for frictional retention to an exterior housing of a fully assembled mobile communication device having user input and output interfaces, the mobile communication device further having internal components including circuitry and a battery completely enclosed by the exterior housing, and the exterior housing having an exterior shape formed by a back surface and at least portions of opposed side surfaces, the protective mask comprising:

an inner surface closely conforming to the exterior shape of the exterior housing and in substantially continuous surface-to-surface contact with the exterior shape of the exterior housing, with substantially no space between the inner surface of the protective mask and the exterior shape when the protective mask is retained to the exterior housing, the protective mask being molded, integrally formed, contoured and sized to fit tightly against the exterior shape of the exterior housing, thereby providing retention of the protective mask to the exterior housing;

at least one opening defined by the protective mask permitting user access to at least the user input and output interfaces; and

at least one retainer having an extension protruding laterally inward from the integrally-formed mask body and toward and into the integrally-formed mask body interior space, wherein the at least one retainer is retained to the exterior housing at an exterior housing edge when the mask is coupled to the mobile communication device, the at least one retainer participating in retaining the integrally-formed mask body to the mobile communication device.

10. The protective mask of claim 9, wherein the protective mask further includes indicia selected from the group consisting of text, graphic elements and combinations thereof.

11. The protective mask of claim 9, wherein the protective mask includes at least one feature opening to permit access to at least one feature of the mobile communication device.

12. The protective mask of claim 9, wherein the protective mask includes a socket opening corresponding to a socket of the mobile communication device, permitting a user to plug a power supply into the socket to charge the mobile communication device.

* * * * *

# EXHIBIT D

## TO

## COMPLAINT FOR PATENT INFRINGEMENT

## Accused Products

## MOBILE DEVICE CASE STYLES

**Main Sources:**
   **https://vrsdesign.com/ and hover over "Phone"**
   **https://vrsdesign.com/collections/sand-stone-collection**
   **https://vrsdesign.com/collections/groove**
   **https://vrsdesign.com/ and hover over "VRS Outlet" and click "APPLE IPHONES"**
   **https://vrsdesign.com/ and hover over "VRS Outlet" and click "SAMSUNG GALAXY"**

| Case Style Name | Exemplary Photographs | Source for Photograph |
|---|---|---|
| Crystal Bumper |  | https://vrsdesign.com/collections/crystal-bumper-series/products/galaxy-note-9-case-crystal-bumper-series |
| Crystal Chrome Clear |  | https://vrsdesign.com/collections/vrs-outlet-apple/products/iphone-xs-max-case-crystal-chrome-series |
| Crystal Fit (Crystal Fit Label) |  | https://vrsdesign.com/collections/vrs-outlet-apple/products/iphone-ix-case-crystal-fit-label-series |

| Case Style Name | Exemplary Photographs | Source for Photograph |
|---|---|---|
| Crystal Mixx Pro |  | https://vrsdesign.com/products/iphone-12-pro-case-crystal-mixx-pro |
| Damda (Damda Crystal Fit, Damda Crystal Mixx, Damda Folder, Damda Glide, Damda Glide Hybrid, Damda Glide Pro, Damda Glide Shield, Damda Glide Shield Gradient, Damda Glide Shield New, Damda Glide Shield Winter Edition, Damda High Pro Shield, Damda Shield, Damda Shield Gradient, Damda Single Fit, Damda Slate) (including Sand Stone, Groove and NASA Series) |    | https://vrsdesign.com/products/galaxy-s20-case-damda-glide-pro

https://vrsdesign.com/products/galaxy-z-flip-case-damda-slate

(See also Exhibit E)

https://vrsdesign.com/collections/nasa-collection/products/iphone-12-pro-max-case-damda-glide-pro-nasa |

| Case Style Name | Exemplary Photographs | Source for Photograph |
|---|---|---|
| Genuine Leather (Genuine Leather Diary) |  | https://vrsdesign.com/collections/genuine-leather-cases/products/iphone-11-pro-case-genuine-leather-diary |
| Hard Drop (Hard Drop Active) |  | https://vrsdesign.com/products/galaxy-z-fold-3-case-hard-drop<br><br>(See also Exhibit E) |
| Layered Dandy (Layered Dandy Deluxe) |  | https://vrsdesign.com/collections/layered-dandy-series/products/iphone-xs-max-case-layered-dandy-series |

| Case Style Name | Exemplary Photographs | Source for Photograph |
|---|---|---|
| QuickStand (Damda QuickStand, Damda QuickStand Pro, MagStand Pro, Quick Stand Active, Quick Stand Active S, QuickStand Modern, Quick Stand Modern Pro, Quick Stand Pro, Quick Strand Modern, QuickStand Active, Quickstand Active Multi Clip, QuickStand Pro, QuickStand Pro Clear, QuickStand Pro for MagSafe) (including Sand Stone Series) |   | https://vrsdesign.com/products/iphone-12-pro-max-case-damda-quickstand<br><br>https://vrsdesign.com/collections/galaxy-z-flip-3/products/galaxy-z-flip-3-case-quickstand-active-multi-clip<br><br>(See also Exhibit E) |
| Saffiano Diary |  | https://vrsdesign.com/collections/ipad/products/ipad-pro-9-7-case-saffiano-diary-series |

| Case Style Name | Exemplary Photographs | Source for Photograph |
|---|---|---|
| Terra Guard (Terra Guard Active, Terra Guard Active Multi Clip, Terra Guard Active Pro, Terra Guard Crystal, Terra Guard Modern, Terra Guard Multi Clip, Terra Guard S, Terra Guard Ultimate, Terra Guard Ultimate Go, Terra Guard Ultimate Go S) |  | https://vrsdesign.com/products/galaxy-z-fold-4-5g-case-terra-guard-modern<br><br>(See also Exhibit E)<br><br>https://vrsdesign.com/products/google-pixel-6-pro-case-terra-guard |

## MOBILE DEVICE MODELS FOR WHICH THERE ARE ACCUSED PRODUCTS

**Apple: https://vrsdesign.com/collections/iphone**

| | | |
|---|---|---|
| iPhone 14 Pro Max | iPhone 12 Pro | iPhone XR |
| iPhone 14 Pro | iPhone 12 | iPhone 8 Plus |
| iPhone 14 Plus | iPhone 12 Mini | iPhone 7 Plus |
| iPhone 14 | iPhone 11 Pro Max | iPhone 8 |
| iPhone 13 Pro Max | iPhone 11 Pro | iPhone 7 |
| iPhone 13 Pro | iPhone 11 | iPhone SE 3 (2022) |
| iPhone 13 | iPhone XS Max | iPhone SE 2 (2020) |
| iPhone 13 Mini | iPhone XS | iPad 9.7 |
| iPhone 12 Pro Max | iPhone X | |

**Google: https://vrsdesign.com/collections/google-pixel-7-series and https://vrsdesign.com/collections/pixel-6-pro**

| | |
|---|---|
| Google Pixel 7 Pro | Google Pixel 6 Pro |
| Google Pixel 7 | Google Pixel 6 |

**Samsung: https://vrsdesign.com/collections/samsung**

| | | |
|---|---|---|
| Galaxy Z Fold 4 (See also Exhibit E) | Galaxy Z Flip (See also Exhibit E) | Galaxy S8 Plus |
| Galaxy Z Fold 4 5G (See also Exhibit E) | Galaxy S22 Ultra | Galaxy S8 |
| Galaxy Z Fold 3 (See also Exhibit E) | Galaxy S22 Plus | Galaxy S7 Edge |
| Galaxy Z Fold 3 5G (See also Exhibit E) | Galaxy S22 | Galaxy Note 20 Ultra |
| Galaxy Z Fold 2 (See also Exhibit E) | Galaxy S21 FE | Galaxy Note 20 |
| Galaxy Z Flip 4 (See also Exhibit E) | Galaxy S21 Ultra | Galaxy Note 10 Plus |
| Galaxy Z Flip 3 (See also Exhibit E) | Galaxy S21 Plus | Galaxy Note 10 |
| | Galaxy S21 | Galaxy Note 9 |
| | Galaxy S20 Ultra | Galaxy Note 8 |
| | Galaxy S20 Plus | Galaxy Note 5 |
| | Galaxy S20 | Galaxy A72 |
| | Galaxy S9 Plus | Galaxy A52 |
| | Galaxy S9 | |

iPhone 12 Pro Max Case Damda QuickStand – Black Black

https://vrsdesign.com/products/iphone-12-pro-max-case-damda-quickstand

https://www.amazon.com/VRS-Design-QuickStand-Compatible-iPhone/dp/B08KSLC51J/

























Galaxy Z Flip 3 Case QuickStand Active Multi Clip – Metal Black

https://vrsdesign.com/collections/galaxy-z-flip-3/products/galaxy-z-flip-3-case-quickstand-active-multi-clip

https://www.amazon.com/VRS-Design-QuickStand-Kickstand-Compatible/dp/B06XB82P7F

(See also Exhibit E)





## CONVENIENT KICKSTAND

A daily convenient solid kickstand case freely mounts
your Z Flip 3 horizontally and vertically even when fully open.



## PERFECT FIT

Designed with ergonomic details to snap fit perfectly.



**VERSATILE CHANGE OF DIRECTION**
Offering 360 degree angle adjustment for utmost convenience.

**STANDARD MODE**

Super portable case that offers convenient easy access to your device at all times.

**ACTIVE MODE**

Heavy duty protective case designed to withstand intense athletic movements.







**GALAXY Z FLIP 3
QUICK STAND
ACTIVE
MULTICLIP**





**ANTI SHOCK**
Resistant to
accidental drops



**PREMIUM**
Made with
high quality materials



**PROTECT**
Provides maximum
protection



**HINGE COVER**



**KICKSTAND FUNCTION**



iPhone 12 Pro Max Case Damda Glide Pro NASA – Black

https://vrsdesign.com/collections/nasa-collection/products/iphone-12-pro-max-case-damda-glide-pro-nasa





 



Galaxy Z Fold 4 5G Case Terra Guard Modern – Mint

https://vrsdesign.com/products/galaxy-z-fold-4-5g-case-terra-guard-modern

https://www.amazon.com/dp/B0B6LDVVTX?smid=A39OFLCM1FUKXS

(See also Exhibit E)























33











# EXHIBIT E

## TO

## COMPLAINT FOR PATENT INFRINGEMENT

## Two Portion Accused Products

## MOBILE DEVICE TWO PORTION CASE STYLES

**Main Sources:**
> **https://vrsdesign.com/ and hover over "Phone"**
> **https://vrsdesign.com/collections/sand-stone-collection**
> **https://vrsdesign.com/collections/groove**
> **https://vrsdesign.com/ and hover over "VRS Outlet" and click "APPLE IPHONES"**
> **https://vrsdesign.com/ and hover over "VRS Outlet" and click "SAMSUNG GALAXY"**

| Case Style Name | Exemplary Photographs | Source for Photograph |
|---|---|---|
| Damda (Damda Slate) |  | https://vrsdesign.com/products/galaxy-z-flip-case-damda-slate<br><br>(See also Exhibit D) |
| Hard Drop (Hard Drop Active) |  | https://vrsdesign.com/products/galaxy-z-fold-3-case-hard-drop<br><br>(See also Exhibit D) |
| QuickStand (Damda QuickStand, Quick Stand Active, Quick Stand Active S, QuickStand Modern, Quick Stand Modern Pro, Quick Stand Pro, Quick Strand Modern, QuickStand Active, Quickstand Active Multi Clip, QuickStand Pro) |  | https://vrsdesign.com/collections/galaxy-z-flip-3/products/galaxy-z-flip-3-case-quickstand-active-multi-clip<br><br>(See also Exhibit D) |

1

| Case Style Name | Exemplary Photographs | Source for Photograph |
|---|---|---|
| Terra Guard (Terra Guard Active, Terra Guard Active Multi Clip, Terra Guard Active Pro, Terra Guard Modern, Terra Guard Multi Clip, Terra Guard S, Terra Guard Ultimate, Terra Guard Ultimate Go, Terra Guard Ultimate Go S) |  | https://vrsdesign.com/products/galaxy-z-fold-4-5g-case-terra-guard-modern<br><br>(See also Exhibit D) |

## MOBILE DEVICE MODELS FOR WHICH THERE ARE TWO PORTION ACCUSED PRODUCTS

**Samsung: https://vrsdesign.com/collections/samsung**

| | | |
|---|---|---|
| Galaxy Z Fold 4 (See also Exhibit D) | Galaxy Z Fold 3 5G (See also Exhibit D) | Galaxy Z Flip 3 (See also Exhibit D) |
| Galaxy Z Fold 4 5G (See also Exhibit D) | Galaxy Z Fold 2 (See also Exhibit D) | Galaxy Z Flip (See also Exhibit D) |
| Galaxy Z Fold 3 (See also Exhibit D) | Galaxy Z Flip 4 (See also Exhibit D) | |

Galaxy Z Flip 3 Case QuickStand Active Multi Clip – Metal Black

https://vrsdesign.com/collections/galaxy-z-flip-3/products/galaxy-z-flip-3-case-quickstand-active-multi-clip

https://www.amazon.com/VRS-Design-QuickStand-Kickstand-Compatible/dp/B06XB82P7F

(See also Exhibit D)







## VERSATILE CHANGE OF DIRECTION

Offering 360 degree angle adjustment for utmost convenience.



## STANDARD MODE

Super portable case that offers convenient easy access to your device at all times.



## ACTIVE MODE

Heavy duty protective case designed to withstand intense athletic movements.

6









**GALAXY Z FLIP 3
QUICK STAND
ACTIVE
MULTICLIP**




**ANTI SHOCK**
Resistant to
accidental drops


**PREMIUM**
Made with
high quality materials


**PROTECT**
Provides maximum
protection


HINGE COVER


KICKSTAND FUNCTION



Galaxy Z Fold 4 5G Case Terra Guard Modern – Mint

https://vrsdesign.com/products/galaxy-z-fold-4-5g-case-terra-guard-modern

https://www.amazon.com/dp/B0B6LDVVTX?smid=A39OFLCM1FUKXS

(See also Exhibit D)



















 









18







