LAW OFFICES OF MARC LIBARLE
Marc Libarle (CABN: 071678)
1388 Sutter St, Ste 910
San Francisco, CA 94109
Phone: (415) 928-2400
Email: ml7006@gmail.com

HALLER LAW PLLC
Timothy J. Haller *(Pro Hac Vice)*
230 E Delaware Pl, Ste 5E
Chicago, IL 60611
Phone: (630) 336-4283
Email: haller@haller-iplaw.com

*Attorneys for Plaintiff,*
*BelAir Electronics, Inc.*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| **BELAIR ELECTRONICS, INC.,**<br><br>    **Plaintiff,**<br><br>  v.<br><br>**VRS DESIGN, INC AND DAMDA INC.,**<br><br>    **Defendants.** | **Case No. 8:23-cv-00108-JWH-JDE**<br><br>**NOTICE OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff BelAir Electronics, Inc. hereby dismisses this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

| | |
|---|---|
| Dated: June 6, 2023 | Respectfully submitted, |
| | */s/ Timothy J. Haller* |
| | HALLER LAW PLLC |
| | Timothy J. Haller (*Pro Hac Vice*) |
| | haller@haller-iplaw.com |
| | |
| | LAW OFFICES OF MARC LIBARLE |
| | Marc Libarle (CABN: 071678) |
| | ml7006@gmail.com |
| | |
| | *Attorneys for Plaintiff,* |
| | *BelAir Electronics, Inc.* |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of **NOTICE OF DISMISSAL** is being served on June 6, 2023, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF System per L.R. 5-3.2.1.

                             */s/ Timothy J. Haller*
                             Timothy J. Haller